

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2022

No. 04-22-00341-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Patricia O. Alvarez, Justice
              Irene Rios, Justice (Not participating)
              Liza A. Rodriguez, Justice

On June 7, 2022, the trial court held a hearing resulting in the oral rendition of an order and a subsequent draft order titled "Progress Report Order" (the "June 7 order").

We **ORDER** the Department to file, no later than **June 24, 2022**: (1) the trial court's signed written order, and (2) the transcript of the June 7, 2022 hearing.

On June 9, 2022, the Department filed a petition for writ of mandamus complaining of the June 7 order. The Department also filed a motion for temporary emergency relief asking this court to stay: the June 7 order, "any new or revised orders to the same effect," and any proceedings that would have coercive or punitive effect, including sanctions. On June 13, 2022, real party in interest Ad Litem filed a response to the Department's mandamus petition and a response to the Department's motion for emergency relief.

After considering the Department's mandamus petition, motion for emergency relief, and Ad Litem's responses, this court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Respondent and real parties in interest may file a response to the petition in this court **no later than June 29, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

We **GRANT IN PART** the motion for temporary emergency relief as follows:

---

[1] This proceeding arises out of Cause No. 2021-PA-00518, styled *In the Interest of M.T.M.S., a Child*, pending in the 131st Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez presiding over the order at issue.

1.    The following decretal paragraphs in the trial court's June 7 order are **STAYED** pending further order of this court:

> 3.1. IT IS ORDERED that the child be placed on electronic monitoring through an ankle monitor for 60-Days from the day she is released from detention, for GPS tracking through Recovery Monitoring Services.

> 3.2. IT IS ORDERED that the cost for the ankle monitor is assessed against the Texas Department of Family and Protective Services. The Department is further tasked with preparing any paperwork or contracts that need to be negotiated to have the monitor to be attached to the child upon release from detention.

> 3.3. IT IS ORDERED that the Department do everything they can to have the child removed from the detention center.

2.    Any contempt proceedings, sanctions, or any enforcement of decretal paragraphs 3.1., 3.2., or 3.3. in the June 7 order are **STAYED** pending further order of this court.

It is so **ORDERED** on June 14, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court